Bill Me Later
Account #9193
P.O. Box 5138
Timonium, MD 21094

WebBank
Account #9193
c/o Bill Me Later
215 South State Street, Suite 800
Salt Lake City, UT 84111

B6F (Official Form 6F) (12/07)

In re   Mark Musto                                              Case No.  12-12276
                    Debtor                                                (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9193 <br> Bill Me Later <br> P.O. Box 5138 <br> Timonium, MD 21094 | | | | | | | 2,030.94 |
| ACCOUNT NO. 9193 <br> WebBank <br> c/o Bill Me Later <br> 215 South State Street, Suite 800 <br> Salt Lake City, UT 84111 | | | | | | | Notification Only |

_0_  Continuation sheets attached

Subtotal  ▶  $  2,030.94

Total  ▶  $  2,030.94

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of New York

In re **Mark Musto**, 
Debtor

Case No. 12-12276

Chapter 7

# AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 2 | $ 11,420.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $ 46,481.94 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 0.00 |
| TOTAL | | 12 | $ 11,420.00 | $ 46,481.94 | |

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Northern District of New York**

In re   **Mark Musto**                                    Case No.   12-12276
                    Debtor                                Chapter    7

# AMENDED - STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

State the following:

| Average Income (from Schedule I, Line 16) | $ 0.00 |
|---|---|
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 1,500.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 44,451.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 44,451.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:    Mark Musto, Debtor

Chapter 7
Case No. 12-12276

# DECLARATION

(The penalty for making a false statement of concealing property is a fine of
up to $500,000 or imprisonment for up to 5 years or both. - 18 U.S.C. secs. 152 and 2571.)

I, MARK MUSTO , named as the Debtor in this case, declare under penalties of perjury that I have read the foregoing Amended Schedule F, Amended Summary of Schedules, and Amended Statistical Summary of Certain Liabilities and Related Data consisting of five (5) sheets (including this declaration), and that it is true and correct to the best of my knowledge, information and belief.

DATED: 12/6 , 2012

_____
Mark Musto

[MAILING MATRIX]

Bill Me Later
P.O. Box 5138
Timonium, MD 21094

Web Bank
c/o Bill Me Later
215 South State Street, Suite 800
Salt Lake City, UT 84111

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

IN RE:    Mark Musto, Debtor

Chapter 7
Case No. 12-12276

# DECLARATION

(The penalty for making a false statement of concealing property is a fine of
up to $500,000 or imprisonment for up to 5 years or both. - 18 U.S.C. secs. 152 and 2571.)

I, MARK MUSTO, named as the Debtor in this case, declare under penalties of perjury that I have read the foregoing Amended Mailing Matrix, consisting of two (2) sheets (including this declaration), and that it is true and correct to the best of my knowledge, information and belief.

DATED: _12/6_, 2012

_Mark A. Musto_
Mark Musto